**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

AMJ/2025R00625

*970 Broad Street, 7th floor*
*Newark, New Jersey 07102*

*973-645-2700*

November 16, 2026

**VIA EMAIL: criminalinfo@njd.uscourts.gov**

Melissa E. Rhoads, Clerk
United States District Court
Martin Luther King Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

Attention: Antigone Owens-Krefski, Deputy Clerk

Re: *United States* v. *Kimberly Staloff* Criminal No. 26-00579-ESK

Dear Ms. Owens-Krefski:

Enclosed for assignment is an Information charging defendant Kimberly Staloff with Theft of Public Money, in violation of 18 U.S.C. § 641. The Information and cover sheet are enclosed.

Very truly yours,

ROBERT FRAZER
United States Attorney

Alanna M. Jereb
Special Assistant U.S. Attorney